AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Bataillon, Joseph F. | 2. Court or Organization  Nebraska | 3. Date of Report  05/15/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Art. III District Judge Senior | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017  to  12/31/2017 |

**7. Chambers or Office Address**

Roman L. Hruska U.S. Courthouse
111 South 18th Plaza, Ste 3259
Omaha, NE 68102-3122

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | House of Delegates Member, Executive Council, Past President | Nebraska State Bar Association |
| 2. | Advisory Committee | Creighton University School of Law |
| 3. | Board of Directors | Nebraska State Bar Foundation |
| 4. | Board of Directors | Nebraska Lawyers Foundation |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bataillon, Joseph F. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Fall 2017 | University of Nebraska at Omaha, wages | $3,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Nebraska State Bar Association | 8/10-12 | New York, NY | NCBP - ABA Annual Meeting | Travel, lodging, subsistence |
| 2. | Nebraska State Bar Association | 6/16/2017 | Curtis, NE | 11th Judicial District Meeting | Travel, lodging, subsistence |
| 3. | Chaloupka Trial Skills Program-Chaloupka, Holyoke, Snyder, Chalouplka & Longoria, PC, | 11/2-3/2017 | Scottsbluff, NE | CLE Presentation, Chaloupka Trial Skills Program | Travel, lodging, subsistence |
| 4. | Nebraska State Bar Association | 7/31-8/3/2017 | Greater Nebraska | NSBA President's Caravan | Travel, lodging, subsistence |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Nebraska Bar Association | Desktop sculpture | $800.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nelnet Loan | College Plus Loan | K |
| 2. | American Education Service | College Plus Loan | J |
| 3. | FirstMark | College Loan - cosigner | K |
| 4. | Discover | College Loan - cosigner | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bataillon, Joseph F. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. USBank Accounts | A | Interest | J | T | | | | | |
| 2. Bank of the West Accounts | A | Interest | J | T | | | | | |
| 3. Security National Bank Accounts | A | Interest | K | T | | | | | |
| 4. Berkshire Hathaway | | None | K | T | | | | | |
| 5. RBC Bank Deposit Program | A | Interest | J | T | Redeemed (part) | 02/01/17 | J | A | |
| 6. Diageo PLC Sponsored ADR New | A | Dividend | J | T | | | | | |
| 7. First Energy Corp. stock | A | Dividend | J | T | | | | | |
| 8. Newmont Mining Corp. stock | A | Dividend | J | T | | | | | |
| 9. USAA Ins. Account | A | Distribution | J | T | | | | | |
| 10. Intel Corp stock | A | Dividend | J | T | | | | | |
| 11. Legg Mason CB Appreciation CL A | A | Dividend | K | T | | | | | |
| 12. Amgen | A | Dividend | J | T | | | | | |
| 13. Clearbridge Energy MLP FD Inc | A | Dividend | | | Sold | 08/15/17 | J | B | |
| 14. LVHD/Legg Mason EFT Investment Trust | A | Dividend | J | T | Buy | 08/15/17 | J | | |
| 15. Vanguard Specialized Div Appreciation ETF | A | Dividend | K | T | | | | | |
| 16. Capital World Growth & Income Fund Class C | A | Dividend | K | T | | | | | |
| 17. Delaware Emerging Markets Fund C | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bataillon, Joseph F. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Advisor New Insights Fund CL C | A | Distribution | J | T | | | | | |
| 19. Lord Abbett Alpha Strategy FD CL C | A | Distribution | K | T | | | | | |
| 20. Coca Cola Co | A | Dividend | K | T | | | | | |
| 21. Eli Lilly & Co. | A | Dividend | J | T | | | | | |
| 22. Leg Mason MDA 3 | E | Int./Div. | N | T | | | | | |
| 23. Apple Inc. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bataillon, Joseph F.** | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Bataillon, Joseph F. | 05/15/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph F. Bataillon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544